UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Dawn Ahlstrom,                                              Civil No. 05-2026 (RHK/JJG)

      Plaintiff,                                              **ORDER**

v.

Jo Anne B. Barnhart, Commissioner of
Social Security,

      Defendant.
_____

Before the Court are Plaintiff's Objections to the July 7, 2006 Report and Recommendation of Magistrate Judge Jeanne J. Graham.  Judge Graham has concluded that the administrative record "substantially supports the Administrative Law Judge's thorough and well-reasoned determination and recommends that Plaintiff's Complaint be dismissed with prejudice.

The undersigned has conducted a de novo review of the objected to portions of the Report and Recommendation.  Based upon that review, the Court is satisfied that Judge Graham's factual determinations and legal analysis are fully supported by the record before her and by controlling legal precedent; the Court will adopt the Report and Recommendation and dismiss Plaintiff's Complaint.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED:**

1.  Plaintiff's Objections (Doc. No. 24) are **OVERRULED**;

2.  The Report and Recommendation (Doc. No. 21) is **ADOPTED**;

3.  Plaintiff's Motion for Summary Judgment (Doc. No. 11) is **DENIED**;

    4.  Defendant Commissioner's Motion for Summary Judgment (Doc. No. 15) is **GRANTED,**

and

    5.  This case is **DISMISSED WITH PREJUDICE.**


Dated:   August 30, 2006

                                                       s/Richard H. Kyle  
                                                       RICHARD H. KYLE  
                                                       United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dawn Ahlstrom,                                        Civil No. 05-2026 (RHK/JJG)

       Plaintiff,                                    **ORDER**

v.

Jo Anne B. Barnhart, Commissioner of
Social Security,

       Defendant.

---

Before the Court are Plaintiff's Objections to the July 7, 2006 Report and Recommendation of Magistrate Judge Jeanne J. Graham. Judge Graham has concluded that the administrative record "substantially supports the Administrative Law Judge's thorough and well-reasoned determination and recommends that Plaintiff's Complaint be dismissed with prejudice.

The undersigned has conducted a de novo review of the objected to portions of the Report and Recommendation. Based upon that review, the Court is satisfied that Judge Graham's factual determinations and legal analysis are fully supported by the record before her and by controlling legal precedent; the Court will adopt the Report and Recommendation and dismiss Plaintiff's Complaint.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED:**

1. Plaintiff's Objections (Doc. No. 24) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 21) is **ADOPTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 11) is **DENIED**;

    4.  Defendant Commissioner's Motion for Summary Judgment (Doc. No. 15) is **GRANTED,**

and

    5.  This case is **DISMISSED WITH PREJUDICE.**

Dated:  August 30, 2006

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge